## HALL v. STATE.
### No. 26415.

Court of Criminal Appeals of Texas.
May 6, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Driving while intoxicated upon a public highway is the offense; the punishment, a fine of $100.

The record before us contains no statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

Opinion approved by the Court.

## ROBERTS v. STATE.
### No. 26411.

Court of Criminal Appeals of Texas.
May 6, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is driving while intoxicated; the punishment, a fine of $50.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.